<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-8228**

CHRISTOPHER LOVE WILLIAMS,

      Plaintiff – Appellant,

    v.

JON OZMINT, SCDC Director; ROBERT WARD, Division Director;
DAVID M. TATARSKY, General Counsel; CARL FREDERICK; J.
DUNLAP; DEBBIE BARNWELL, Division of Investigations; SANDRA
BOWIE, IGC Headquarters; L. CARRINGTON, IGC Lieber
Correctional Institution; V. JENKINS, IGC Lieber
Correctional Institution; K. HILL; M. DRAYTON, Registered
Nurse; S. ROSANIO, Registered Nurse; E. GADSIN, Registered
Nurse; M. INFINGER, Registered Nurse; MALE REGISTERED NURSE,
at Lieber Correctional Institution; NURSE GILMORE, Perry
Correctional Institution; STAN BURTT, Warden; DEPUTY WARDEN
BODISON; WARDEN RICHARD BAZZLE; ASSOCIATE WARDEN CLAYTON;
ASSOCIATE WARDEN B. MCKIE; B. J. THOMAS, Inmate
Representative; J. BUNCOMB, Lieutenant; OFFICER MCGEE,
Lieber Correctional Institution; T. FORDE, Sergeant;
SERGEANT STANFORD, Lieber Correctional Institution; M.
BRYANT, Corporal; SGT JONES, Lieber Correctional
Institution; C. BROOKS, Corporal; L. WILSON, Sergeant;
PALMER, Corporal; L. MATHIS, Officer, Lieber Correctional
Institution; JOHN DOES, Officers, Lieber Correctional
Institution Extraction Team; W. JAMISON, Corporal;
CORRECTIONAL OFFICER SMITH; E. SKIPPER, Sergeant; CAPTAIN
WHITTEN, Lieber Correctional Institution; D. ROWE,
Disciplinary Hearing Officer; OFFICER SUMMERS, Kirkland
Correctional Institution; LIEUTENANT PEEPLES, Kirkland
Correctional Institution; CORPORAL FLEMING, Perry
Correctional Institution; OFFICER ROSE, Kirkland
Correctional Institution; OFC WILLIAMS, Kirkland
Correctional Institution; OFFICER PRICE, Kirkland
Correctional Institution; E. QUATTLEBAUM, Sergeant; CAPTAIN
MAUNEY, Perry Correctional Institution; W. BYRD, Lieutenant;
J. WILLIAMS, Officer, Perry Correctional Institution; J.

JOHNSON, Officer; J. RANDALL, Captain; SERGEANT STRINGER, Perry Correctional Institution; OFFICER GOLDEN, Perry Correctional Institution; WARDEN K ANTHONY, Lee Correctional Institution; MAJOR HUGHES, Lee Correctional Institution; JANE DOE, 1, Property Control Officer of Lee County; JANE DOE 1, IGC Lee County; JOHN DOE, Sergeant Officers, Perry Correctional Institution Transportation; Y. BLOWE, Mailroom Supervisor; STEVENS, Mailroom Supervisor; J. C. BROWN, Disciplinary Hearing Officer; J. PECK, Commissary Official at Kirkland MSU; H. BOATMAN; J. SIMMONS; OFFICER A JAMES, Kirkland Correctional Institution; N. COOPER, Registered Nurse,

             Defendants – Appellees,

       and

AMERICAN AMENITIES INCORPORATED, Distributor of toothpaste and deodorant,

             Defendant.

————————————

Appeal from the United States District Court for the District of South Carolina, at Greenville. David C. Norton, District Judge. (6:07-cv-02409-DCN)

————————————

Submitted: August 27, 2009          Decided: November 13, 2009

————————————

Before NIEMEYER, GREGORY, and DUNCAN, Circuit Judges.

————————————

Affirmed by unpublished per curiam opinion.

————————————

Christopher Love Williams, Appellant Pro Se. Erin M. Farrell, Daniel Roy Settana, Jr., MCKAY, CAUTHEN, SETTANA & STUBLEY, PA, Columbia, South Carolina, for Appellees.

————————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Christopher Love Williams appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Williams v. Ozmint, No. 6:07-cv-02409-DCN (D.S.C. Sept. 22, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED